· No. 715.—Porto Rican Leaf Tobbacco Co., Recurrente v. El Registrador de Guayama, Recurrido.—Marzo 16, 1928. Vista la moción de allanamiento radicada por el registrador

se declara la misma con lugar y en su consecuencia se revoca la nota denegatoria de enero 26, 1928 que dió origen al recurso.